IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| DEBORAH LAUFER, | * |
| Plaintiff, | * |
| v. | *   CV 120-158 |
| TRIPLE M HOTELS, INC., a Georgia Corporation, | * |
| Defendant. | * |

ORDER

Before the Court is Plaintiff Deborah Laufer's Notice of Voluntary Dismissal and the Parties' Stipulation of Dismissal with Prejudice.  (Docs. 14-15.)  Plaintiff and Defendant consent to dismissal; thus, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close this case.  Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia this 26th day of January, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA